UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cr-60244-UU

UNITED STATES OF AMERICA,

v.

ALAIN BELIZAIRE,

       Defendant.
_____/

### ORDER

This Cause is before the Court upon Defendant's Motion to Proceed *In Forma Pauperis* on Appeal (D.E. 37) (the "Motion").

THE COURT has considered the Motion and is otherwise fully advised in the premises. According, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 37, is GRANTED.

DONE AND ORDERED in Chambers in Miami, Florida this _2d_ day of April, 2020.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via CM/ECF